UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>            Plaintiff,<br><br>     v.<br><br>I. ROSALES, et al.,<br><br>            Defendants. | Case No. 1:22-cv-00219-SKO (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE NOTICE OF E-SERVICE WAIVER**<br><br>(Doc. 11) |

Plaintiff Nathan Hunter is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On February 28, 2023, this Court issued its Order Finding Service Appropriate, directing service of process of Plaintiff's complaint through the Court's e-service pilot program. (Doc. 7.)

On April 11, 2023, the California Department of Corrections and Rehabilitation (CDCR) filed notice with this Court indicating personal service was waived as to Defendants Figueroa, Guardado-Mendez,[1] and Rosales. (Doc. 9.) CDCR further advised personal service was *not* waived as to Defendants R. Covarrubias and R. Volker. (Doc. 10.) That same date, CDCR moved for a 14-day extension of time within which to advise the Court whether personal service was to be waived as to Defendant C. Riley. (Doc. 11.)

---

[1] Plaintiff spelled this Defendant's name "Gaurdodo-Mendez." The proper spelling of Defendant's name is Guardado-Mendez.

Accordingly, and for good cause shown, the request for an extension of time to file notice of e-service waiver, concerning Defendant C. Riley, is **GRANTED**. CDCR shall file its notice **within 14 days** of the date of this order.

IT IS SO ORDERED.

Dated:   **April 12, 2023**                         /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE