UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>I. ROSALES, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00219-SKO (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE WAIVERS OF SERVICE OF PROCESS**<br><br>(Doc. 19) |

Plaintiff Nathan Hunter is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**RELEVANT PROCEDURAL BACKGROUND**

On February 28, 2023, this Court issued its Order Finding Service Appropriate, directing service of process of Plaintiff's complaint through the Court's e-service pilot program. (Doc. 7.)

On April 12, 2023, the Court issued its Order Granting Extension of Time Within Which to File Notice of E-Service Waiver, granting a 14-day extension of time within which the California Department of Corrections and Rehabilitation was to file notice of e-service waiver concerning Defendant C. Riley. (Doc. 12.)  On that same day, an Amended Notice of E-Service Waiver was filed setting forth an intent to waive service on behalf of Defendants R. Covarrubias, R. Figueroa, J. Guardado-Mendez and I. Rosales (Doc. 13), and an Amended Notice of E-Service Waiver was also filed indicating an intent *not* to waive service on behalf of Defendant R. Volker

(Doc. 14).

On April 19, 2023, another Amended Notice of E-Service Waiver was filed indicating an intent to waive service on behalf of Defendants Covarrubias, Figueroa, Guardado-Mendez and Rosales (Doc. 16), as was an Amended Notice of E-Service Waiver indicating an intent *not* to waive service on behalf of Defendants Riley and Volker (Doc. 17). A comparison of the filings submitted April 12, 2023 (Docs. 13 & 14), and April 19, 2023 (Docs. 16 & 17), reveals updated information was provided regarding Defendant Riley.

On May 3, 2023, a signed Waiver of Service of Summons was filed as to Defendant Volker. (Doc. 18.)

On May 11, 2023, Deputy Attorney General Patricia M. Kealy filed a Request for Extension of Time to File Waivers of Service of Process and Declaration of Counsel. (Doc. 19.) Counsel seeks a 30-day extension of time within which to file a waiver of service on behalf of the Defendants who have not yet waived service: Covarrubias, Guardado-Mendez, Figueroa, Rosales and Riley, while the Attorney General's Office continues to determine whether it "can represent Defendants Covarrubias, Guardado-Mendez, Figueroa, Rosales, Riley and Volker." (*Id*. at 3.)

**CONCLUSION AND ORDER**

For good cause shown, the request for an extension of time to file waivers of service of process is **GRANTED**. The waivers of service of process shall be filed **within 30 days** of the date of this order.

IT IS SO ORDERED.

Dated:   **May 12, 2023**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE