1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NATHAN HUNTER,                          No.  1:22-cv-00219-ADA-SKO (PC)

12                Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DISMISSING
13        v.                                 DEFENDANT C. RILEY FOR PLAINTIFF'S
                                             FAILURE TO EFFECT SERVICE OF
14   I. ROSALES, et al.,                     PROCESS

15                Defendants.                (ECF No. 34)

16

17        Plaintiff Nathan Hunter is a state prisoner proceeding pro se and in forma pauperis in this

18   civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 29, 2023, the Magistrate Judge issued findings and recommendations,

21   recommending that the Court deny Plaintiff's "Motion to Keep C. Riley as Defendant" and

22   dismiss Defendant C. Riley from this action due to Plaintiff's failure to effectuate service of

23   process.  (ECF No. 34.)  Specifically, the Magistrate Judge found that Plaintiff failed to provide

24   sufficient information to the United States Marshal to effect service of process on Defendant C.

25   Riley.  (*Id.* at 2–5.)  The findings and recommendations contained notice that Plaintiff had

26   fourteen days within which to file objections.  (*Id.* at 6.)  That deadline has passed, and Plaintiff

27   has not filed objections.

28   ///

                                              1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.   The findings and recommendations issued on August 29, 2023, (ECF No. 34), are adopted in full;

2.   Plaintiff's "Motion to Keep C. Riley as Defendant," (ECF No. 30), is denied;

3.   Defendant C. Riley is dismissed from this action, without prejudice, due to Plaintiff's failure to effectuate service of process pursuant to Federal Rule of Civil Procedure 4(m); and

4.   This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   __October 25, 2023__                          _____
                                                       UNITED STATES DISTRICT JUDGE

2