UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. ROSALES, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00219-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO RESPOND TO COURT ORDER AND FAILURE TO PROSECUTE**<br><br>**14-DAY DEADLINE** |

Plaintiff Nathan Hunter is a state prisoner appearing pro se and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

**I.   BACKGROUND**

On October 27, 2023, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 36.) The parties were directed to file the attached Notice Regarding Early Settlement Conference within 45 days of the date of service of the order by December 11, 2023. (*Id*. at 2.)

On November 3, 2023, the United States Postal Service returned the order served to Plaintiff at Kern Valley State Prison.[1] The returned mail was marked "Undeliverable, Unclaimed." Nevertheless, the California Department of Corrections and Rehabilitation's Inmate

---

[1] When Plaintiff filed his complaint on February 22, 2022, he was housed at Salinas Valley State Prison. (*See* Doc. 1.) Plaintiff filed a Notice of Change of Address to Kern Valley State Prison on June 28, 2023. (Doc. 26.)

Locator reflects that Plaintiff remains incarcerated at Kern Valley State Prison. *See* <https://apps.cdcr.ca.gov/ciris/details?cdcrNumber=AS4467> (as of 12/12/2023).

On December 11, 2023, Defendants filed their Notice Regarding Early Settlement Conference setting forth their consent to participate in an early settlement conference. (Doc. 39.)

## II. DISCUSSION AND ORDER

Plaintiff failed to file notice regarding participation in early ADR proceedings as directed on October 27, 2023. The Court's order was returned by the United States Postal Service marked "Undeliverable, Unclaimed," despite indications that Plaintiff remains housed at Kern Valley State Prison. The Court will re-serve its earlier Order concerning ADR and direct Plaintiff to respond in writing to this Order to Show Cause ("OSC), or, in the alternative, Plaintiff may file the notice regarding early ADR within 14 days.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The Clerk of the Court is **DIRECTED** to re-serve a copy of the Court's October 27, 2023 order (Doc. 36) on Plaintiff; and

2. **Within fourteen (14) days** from the date of service of this OSC, Plaintiff **SHALL** show cause why this action should not be dismissed for his failure to obey a court order and failure to prosecute, **or**, alternatively, Plaintiff shall file a completed "Notice Regarding Early Settlement Conference" form in this action.

**The failure to respond to this order or the failure to show cause will result in a recommendation that this action be dismissed for a failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated: __December 12, 2023__     _/s/ Sheila K. Oberto_
                                 UNITED STATES MAGISTRATE JUDGE

2