UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>              Plaintiff,<br><br>       v.<br><br>I. ROSALES, et al.,<br><br>              Defendants. | Case No. 1:22-cv-00219-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**ORDER DIRECTING DEFENSE COUNSEL TO CONTACT COURTROOM DEPUTY REGARDING EARLY SETTLEMENT CONFERENCE**<br><br>**15-DAY DEADLINE** |

Plaintiff Nathan Hunter is a state prisoner appearing pro se and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

**I.      BACKGROUND**

On October 27, 2023, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 36.) The parties were directed to file the attached Notice Regarding Early Settlement Conference within 45 days of the date of service of the order. (*Id*. at 2.)

On November 3, 2023, the United States Postal Service returned the order served to Plaintiff at Kern Valley State Prison. The returned mail was marked "Undeliverable, Unclaimed."

Defendants filed their Notice Regarding Early Settlement Conference on December 11, 2023, agreeing to participate in an early settlement conference. (Doc. 39.)

On December 12, 2023, when Plaintiff failed to timely respond, the Court issued its Order To Show Cause ("OSC") Why Action Should Not Be Dismissed For Plaintiff's Failure To Respond To Court Order And Failure To Prosecute. (Doc. 41.)

On December 26, 2023, Plaintiff filed a notice indicating his agreement to participating in an early settlement conference. (Doc. 42.)

## II.   DISCUSSION AND ORDER

The parties have indicated their agreement to participating in an early settlement conference. (*See* Docs. 39 & 42.) Therefore, the Court will direct defense counsel to contact the undersigned's Courtroom Deputy Clerk to schedule the settlement conference.

Accordingly, **IT IS HEREBY ORDERED** that the assigned Deputy Attorney General **SHALL** contact the undersigned's Courtroom Deputy Clerk at wkusamura@caed.uscourts.gov to schedule the settlement conference **within 15 days** of the date of this order.

IT IS SO ORDERED.

Dated:   **January 2, 2024**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE