UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HUNTER,<br><br>  Plaintiff,<br><br>  v.<br><br>I. ROSALES, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00219-KES-SKO (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 53) |

Plaintiff Nathan Hunter is a state prisoner appearing pro se and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

Following a settlement conference held May 7, 2024, before Magistrate Judge Erica P. Grosjean, and pursuant to the minutes for that proceeding, the parties agreed to settle the matter. Dismissal documents were to be filed within 30 days. (*See* Docket Entry 52 [Minutes].)

On May 30, 2024, counsel for Defendants R. Covarrubias, R. Figueroa, J. Guardado-Mendez, I. Rosales, and R. Volker filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 53.) The stipulation is signed and dated by Plaintiff Nathan Hunter and Patricia M. Kealy, counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

//

//

1  Accordingly, this action is terminated by operation of law without further order from the
2  Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending
3  motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **May 31, 2024**                           /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

2